UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:01CV476 (AHN) |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 211 ROOSEVELT DRIVE, | : | |
| SEYMOUR, CONNECTICUT, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, | : | |
| | : | |
| Defendant. | : | November 7, 2003 |
| | : | |
| [CLAIMANTS: NICHOLAS DAGLIERE, | : | |
| JANEL W. FULCHER AND | : | |
| WEBSTER BANK, F/K/A DERBY | : | |
| SAVINGS BANK] | : | |

NOTICE OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Julie G. Turbert as co-counsel for the United States of America in the above-captioned action.

                                                  Respectfully submitted,

                                                  KEVIN J. O'CONNOR
                                                  UNITED STATES ATTORNEY

                                                  JULIE G. TURBERT
                                                  ASSISTANT U.S. ATTORNEY
                                                  PO BOX 1824
                                                  NEW HAVEN, CT 06508
                                                  (203)821-3700
                                                  FEDERAL BAR NO. ct23398

## CERTIFICATE OF SERVICE

This is to certify that a copy of the Notice of Appearance was sent via postage prepaid first-class mail, on this 7th day of November, 2003 to:

William F. Dow, Esq.
Jacobs, Grudberg, Belt & Dow
350 Orange Street
P.O. Box 606
New Haven, Ct 06505

Stephen R. Griffin, Esq.
Griffin & Griffin, P.C.
P.O. Box 2184
Waterbury, CT 06722

 

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY