UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:01CV476 (AHN) |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 211 ROOSEVELT DRIVE, | : | |
| SEYMOUR, CONNECTICUT, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, | : | |
| | : | |
| Defendant. | : | December 29, 2003 |
| | : | |
| [CLAIMANTS: NICHOLAS DAGLIERE, | : | |
| JANEL M. WOODBURY AND | : | |
| WEBSTER BANK, F/K/A DERBY | : | |
| SAVINGS BANK] | : | |

### STIPULATION FOR COMPROMISE SETTLEMENT AND ORDER

It is hereby stipulated by and between the PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), on the one hand, and the CLAIMANTS, NICHOLAS DAGLIERE and JANEL M. WOODBURY ("CLAIMANTS "), on the other, by and through their respective attorneys, as follows:

1. That the parties do hereby agree to settle and compromise the above-entitled actions upon the terms indicated below.

2. That the CLAIMANT, NICHOLAS DAGLIERE shall pay the UNITED STATES the total sum of TEN THOUSAND DOLLARS ($10,000.00).

3. That the CLAIMANT, NICHOLAS DAGLIERE agrees to pay TEN THOUSAND DOLLARS ($10,000.00) within ninety (90) days of the Court's approval of this stipulation in the

form of a cashier's check or attorney's trustee check made payable to the United States Marshals Service.

4. That the CLAIMANT, NICHOLAS DAGLIERE agrees to the forfeiture of the settlement amount, TEN THOUSAND DOLLARS ($10,000.00), to the UNITED STATES for disposition according to law.

5. That the CLAIMANT, NICHOLAS DAGLIERE shall transfer legal title to the Defendant Property located at 211 Roosevelt Drive in Seymour, Connecticut, with all appurtenances and improvements thereon, to CLAIMANT JANEL M. WOODBURY.

6. That the UNITED STATES agrees to allow CLAIMANT, NICHOLAS DAGLIERE to retain a life estate interest in the Defendant Property.

7. That the CLAIMANT, NICHOLAS DAGLIERE agrees to execute any documents necessary to effect the transfer of legal title to the Defendant Property to CLAIMANT JANEL M. WOODBURY.

8. That the UNITED STATES, upon receipt of the amount specified in Paragraphs Two and Three of this Stipulation, and upon the transfer of legal title in accordance with Paragraphs Five, Six, and Seven, will dismiss this action with prejudice, subject to the terms of Paragraph eight of this Stipulation, and will file a release of lis pendens on the Seymour Land Records forthwith.

9. That if the CLAIMANT does not pay the Plaintiff, United States of America, the amount(s) specified in Paragraphs Two and Three of this Stipulation, or does not transfer legal title, as set forth in Paragraph Five, Six, and Seven, within ninety (90) days from the date this Stipulation is approved by the Court, this Stipulation shall be declared null and void, and this action will be reinstated.

10. That the CLAIMANTS hereby release and forever discharge the United States of America, the Drug Enforcement Administration, the United States Marshals Service, the Valley Street Crime Unit, the Ansonia Police Department, the Derby Police Department, the Seymour Police Department, the Shelton Police Department, and their officers, agents, servants, and employees, their heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimants, their heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture of the Defendant, one parcel of property located at 211 Roosevelt Drive, Seymour, Connecticut, with all appurtenances and improvements thereon.

11. This Stipulation for Compromise Settlement shall not constitute an admission of liability or fault on the part of the UNITED STATES, its officers, agents, servants, or employees, or on the part of the CLAIMANTS, and is entered into by all parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

12. The UNITED STATES and the CLAIMANTS agree to bear their own costs and attorneys' fees, and to execute and/or consent to, any additional documents necessary to

implement the terms of this stipulated agreement.

|  |  |
|---|---|
| December 29, 2003 | UNITED STATES OF AMERICA<br><br>KEVIN J. O'CONNOR<br>UNITED STATES ATTORNEY<br><br>*/s/ Julie G. Turbert*<br>JULIE G. TURBERT<br>ASSISTANT U.S. ATTORNEY<br>P.O. BOX 1824<br>NEW HAVEN, CT 06508<br>(203) 821-3700<br>FEDERAL BAR # ct23398<br><br>ATTORNEY FOR THE PLAINTIFF<br>UNITED STATES OF AMERICA |
| Dated: 12/19/03 | */s/ William F. Dow, III*<br>WILLIAM F. DOW, III, ESQ.<br>JACOBS, GRUDBERG, BELT & DOW<br>350 ORANGE STREET<br>P.O. BOX 606<br>NEW HAVEN, CT 06505<br>(203) 772-3100<br>FEDERAL BAR # ct00161<br><br>ATTORNEY FOR THE CLAIMANT<br>NICHOLAS DAGLIERE |
| Dated: 12/19/03 | */s/ Nicholas Dagliere*<br>NICHOLAS DAGLIERE<br>CLAIMANT |
| Dated: 12/19/03 | */s/ Janel Woodbury*<br>JANEL ~~FLUCHER~~ Woodbury (J.W.)<br>CLAIMANT |

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 3:01CV476 (AHN) |
| : | |
| ONE PARCEL OF PROPERTY : | |
| LOCATED AT 211 ROOSEVELT DRIVE, : | |
| SEYMOUR, CONNECTICUT, : | |
| WITH ALL APPURTENANCES AND : | |
| IMPROVEMENTS THEREON, : | |
| : | |
| Defendant. : | |
| : | |
| [CLAIMANTS: NICHOLAS DAGLIERE, : | |
| JANEL M. WOODBURY AND : | |
| WEBSTER BANK, F/K/A DERBY : | |
| SAVINGS BANK] : | |

ORDER

Based on the foregoing Stipulation for Compromise Settlement, it is hereby ORDERED AND ADJUDGED:

1. That the amount received from the CLAIMANT, NICHOLAS DAGLIERE, in accordance with Paragraphs Two and Three of the Stipulation for Compromise Settlement be condemned and forfeited to the United States of America for disposition according to law;

2. That the CLAIMANT, NICHOLAS DAGLIERE shall transfer legal title of the Defendant Property to CLAIMANT, JANEL M. WOODBURY in accordance with Paragraphs Five, Six and Seven of the Stipulation for Compromise Settlement;

    3.    That the United States Marshal deposit the amount received pursuant to Paragraphs Two, Three and Four of the Stipulation for Compromise Settlement into the Asset Forfeiture Account for disposition according to law.

    SO ORDERED this _____ day of _____, 2003, at Bridgeport, Connecticut.

_____
HONORABLE ALAN H. NEVAS
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Stipulation for Compromise Settlement and Order has been mailed, postage prepaid, on this 29th day of December, 2003, to:

William F. Dow, III, Esq.
Jacobs, Grudberg, Belt & Dow
350 Orange Street
P.O. Box 606
New Haven, Ct 06505

Stephen R. Griffin, Esq.
Griffin & Griffin, P.C.
P.O. Box 2184
Waterbury, CT 06722

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY

5