UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. 3:01CV476 (AHN) |
| ONE PARCEL OF PROPERTY LOCATED AT 211 ROOSEVELT DRIVE, SEYMOUR, CONNECTICUT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, | : |
| Defendant. | : |
| [CLAIMANTS: NICHOLAS DAGLIERE, JANEL M. WOODBURY AND WEBSTER BANK, F/K/A DERBY SAVINGS BANK] | : |

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
1/28/04  20__
Kevin F Rowe, Clerk
By: _____
Deputy Clerk

## ORDER

Based on the foregoing Stipulation for Compromise Settlement, it is hereby ORDERED AND ADJUDGED:

1. That the amount received from the CLAIMANT, NICHOLAS DAGLIERE, in accordance with Paragraphs Two and Three of the Stipulation for Compromise Settlement be condemned and forfeited to the United States of America for disposition according to law;

2. That the CLAIMANT, NICHOLAS DAGLIERE shall transfer legal title of the Defendant Property to CLAIMANT, JANEL M. WOODBURY in accordance with Paragraphs Five, Six and Seven of the Stipulation for Compromise Settlement;

3. That the United States Marshal deposit the amount received pursuant to Paragraphs Two, Three and Four of the Stipulation for Compromise Settlement into the Asset Forfeiture Account for disposition according to law.

SO ORDERED this 27 day of Jan., 2004 at Bridgeport, Connecticut.

_____
HONORABLE ALAN H. NEVAS
UNITED STATES DISTRICT JUDGE

FILED 2004 JAN 28 P 12: 02

01 cv 476 end

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Stipulation for Compromise Settlement and Order has been mailed, postage prepaid, on this 29th day of ~~November~~ December, 2003, to:

William F. Dow, III, Esq.
Jacobs, Grudberg, Belt & Dow
350 Orange Street
P.O. Box 606
New Haven, Ct 06505

Stephen R. Griffin, Esq.
Griffin & Griffin, P.C.
P.O. Box 2184
Waterbury, CT 06722

                                              JULIE G. TURBERT
                                              ASSISTANT U.S. ATTORNEY