UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 MAY -7  A 11: 55

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE PARCEL OF PROPERTY<br>LOCATED AT 211 ROOSEVELT DRIVE,<br>SEYMOUR, CONNECTICUT,<br>WITH ALL APPURTENANCES AND<br>IMPROVEMENTS THEREON,<br><br>Defendant.<br><br>[CLAIMANTS: NICHOLAS DAGLIERE,<br>JANEL W. FULCHER AND<br>WEBSTER BANK, F/K/A DERBY<br>SAVINGS BANK] | Civil No. 3:01CV476 (AHN)<br><br><br><br><br><br><br><br>February 3, 2004 |

## RELEASE OF LIS PENDENS

Notice is hereby given that a certain Lis Pendens recorded in the Seymour Land Records on March 23, 2001, in Volume 277, at Page 36-37, giving notice of the pendency of a civil forfeiture action in the United States District Court for the District of Connecticut entitled United States of America v. 211 Roosevelt Drive, Seymour, Connecticut, Civil No. 3:01CV476(AHN), is hereby released and discharged.

The property affected by this release is described in Exhibit A attached hereto and fully incorporated herein by reference.

Dated at New Haven, Connecticut, this 3rd day of February, 2004

                          UNITED STATES OF AMERICA,

                          KEVIN J. O'CONNOR
                          UNITED STATES ATTORNEY

                          JULIE G. TURBERT
                          ASSISTANT U.S. ATTORNEY
                          P.O. BOX 1824
                          NEW HAVEN, CT  06508
                          (203) 821-3700
                          FEDERAL BAR # ct23398

that certain piece or parcel of land, with the buildings and improvements thereon, situated in the Town of Seymour, County of New Haven and State of Connecticut, on the Westerly side of the River Road so-called, or highway leading from Derby to the Stevenson Dam, more particularly bounded and described as follows:

Commencing on the Westerly side of the River Road so-called at the Southeasterly corner of land of Ray Purcella, et als., at an iron pipe driven in the ground; thence in a Southerly direction along the River Road a distance of 127.93 feet to a Connecticut Highway Department bound; thence in a Westerly direction and at right angles to the tangent of the highway layout Southerly of said bound, a distance of 62 feet more or less to the Housatonic River; thence Northerly along the Housatonic River 128 feet more or less to land of Ray Purcella et als; thence Easterly along land of said Ray Purcella on a line parallel to the second described line a distance of 34 feet more or less to the River Road and point of commencement.

Subject to any flowage rights as may appear of record.

Subject to restrictive covenants appearing in the deed from Murray A. Crossman to Joseph Corwel recorded August 20, 1935 in Volume 35, Page 576 of the Seymour Land Records.

Subject to a full and perpetual easement 10 feet in width and 34 feet in length more fully described in an instrument from Joseph Corwel to the State of Connecticut, dated November 18, 1954, recorded in Volume 55, Pages 520-521 of the Seymour Land Records.

Subject to real estate taxes on the Grand List of October 1, 1984, second half, due October, 1985.

Being the same premises described in Deed recorded in Volume 120, Page 241 of the Seymour Land Records.

